■ THE LINKS AT BLACK CREEK, LLC, Appellant, v BALLANTYNE DEVELOPMENT, LLC, et al., Defendants, and REXFORD-ALBANY MUNICIPAL SUPPLY COMPANY, INC., Respondent. [872 NYS2d 687]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered June 29, 2007. The order denied in part plaintiff's motion for summary judgment.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on December 17, 2008,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Hurlbutt, Centra and Gorski, JJ.